CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| AMERICAN HUMANIST ASSOCIATION, ) | |
| ) | Case No. 3:17CV00063 |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| IVAN GILMORE, et al., ) | |
| ) | By: Hon. Michael F. Urbanski |
| Defendant(s). ) | Chief United States District Judge |

The parties to this civil rights action under 42 U.S.C. § 1983, through counsel, filed a joint stipulation of dismissal, and the court dismissed the case. The court also denied a motion to intervene filed by Virginia Department of Corrections inmate, Christopher Todd Landeck, and docketed Landeck's proposed complaint as a new and separate civil action, No. 7:17CV00512. Landeck has now filed a "rebuttal brief" here that the court construes as a renewed motion to intervene in this closed case. For the reasons stated in the court's order denying Landeck's original motion to intervene, and because this litigant may pursue his claims in the new case, it is hereby

### ORDERED

that the renewed motion to intervene (ECF NO. 18) is **DENIED**.

The Clerk is directed to send copies of this order to the parties and to Landeck, who is not, and will not be, a party to this lawsuit.

**ENTER:**   This 22nd day of November, 2017.

/s/ Michael F. Urbanski
Chief United States District Judge